IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>vs.<br><br>JESSE DAVID LELAND,<br>        Defendant. | CR 11-08-H-CCL<br><br><br>ORDER |

Pursuant to the request of the U.S. Probation Office and the United States' unopposed motion to dismiss the revocation petition,

IT IS HEREBY ORDERED that the revocation petition (ECF No. 99) is DISMISSED.

DATED this 5th day of April, 2018.

_____
CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE